IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01704-RBJ-MJW

JOHN H. COOK,

Plaintiff,

v.

DARLENE MCINNIS,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the plaintiff's Motion for Appointment of Counsel (Docket No. 8) is denied without prejudice. Counsel cannot be appointed and paid pursuant to 28 U.S.C. § 1915(e)(1), but the court has broad discretion to direct the Clerk of Court to attempt to obtain volunteer counsel for a party in a civil case. See Murphy v. Colorado Dept. of Corrections, 2009 WL 2959205 (D. Colo. Sept. 10, 2009) (citing DiCesare v. Stuart, 12 F.3d 973, 979 (10th Cir. 1993)). When making such a decision, the court "should consider a variety of factors, including the merits of the litigant's claims, the nature of the factual issues raised in the claims, the litigant's ability to present his claims, and the complexity of the legal issues raised by the claims." Long v. Shillinger, 927 F.2d 525, 527 (10th Cir. 1991). Having considered the current record in this case, the court finds that, even assuming the plaintiff has a colorable claim, he currently appears to be able to present his case adequately. The factual and legal issues raised are not so numerous or complex that the plaintiff is unable to present his case adequately at this early stage of the litigation.

     It is further ORDERED that the plaintiff's Motion to raise the award monies (Docket No. 10) and Motion to Add New Defendants (Docket No. 9) are both denied without prejudice. Plaintiff may renew such motion(s) but with such motion(s) plaintiff must submit to the court a proposed Amended Prisoner Complaint in which all of his claims are included and which specify the personal involvement of each defendant. In his motion to add new defendants, plaintiff merely lists the names of the new defendants and asserts that "[a]s this case proceeds, facts will surface that will demonstrate how and when each defendant with deliberate indifference, violated my guaranteed constitutionally protected rights." Plaintiff, however, must state in any proposed amended pleading the personal involvement of each defendant.

Date: August 10, 2012