IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 12-cv-01704-RBJ-MJW

JOHN H. COOK,

    Plaintiff,

v.

DARLENE McINNIS,

    Defendant.

## ORDER

    This matter is before the Court on the February 27, 2013 Recommendation of Magistrate Judge Michael J. Watanabe [docket #51]. As relevant here, the Recommendation addresses defendant Darlene McInnis's Motion to Dismiss [#26]. The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

    The Recommendation advised the parties that specific written objections were due within fourteen (14) days after being served with a copy of the Recommendation. Despite this advisement, no objection to Magistrate Judge Watanabe's Recommendation was filed by either party. "In the absence of timely objection, the district court may review a magistrate's report under any standard it deems appropriate." *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings.")).

    The Court has reviewed the relevant pleadings concerning the Recommendation. Based

on this review, the Court concludes that the Magistrate Judge's analyses and recommendations are correct, and that "there is no clear error on the face of the record." Fed. R. Civ. P. 72 advisory committee's note. Therefore, the Court ADOPTS the Recommendation as the findings and conclusions of this Court.

ORDER

1. The Recommendation of United States Magistrate Judge [#51] is AFFIRMED and ADOPTED.

2. Defendant's Motion to Dismiss [#26] is GRANTED. This civil action and all claims within are dismissed with prejudice.

3. Defendant's Motion to Stay the Dispositive Motions Deadline [#53] is DENIED AS MOOT.

DATED this 17th day of May, 2013.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge